### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., | |
| Plaintiff, | Case No. 11-CV-01059 |
| v. | |
| DAVID P. REILAND, *et al.*, | |
| Defendants, | |
| and | |
| BROADWIND ENERGY, INC., | |
| Nominal Defendant. | |

## NOTICE OF MOTION TO REASSIGN RELATED DERIVATIVE ACTIONS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on April 21, 2011, at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned attorneys for Petitioner Bonnie Mitchell shall move for an Order reassigning related derivative actions.

Dated:  April 11, 2011

**LASKY & RIFKIND, LTD.**

_____/s/ Norman Rifkind_____
Leigh Lasky
Norman Rifkind
Amelia S. Newton
Heidi VonderHeide
351 W. Hubbard St.
Suite 401
Chicago, IL 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiff Bonnie Mitchell*

**BARROWAY TOPAZ KESSLER
MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
Ligaya T. Hernandez
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (267) 948-2512

*Counsel for Plaintiff Bonnie Mitchell*

## CERTIFICATE OF SERVICE

I, Norman Rifkind, one of Plaintiff Bonnie Mitchell's attorneys, hereby certify that on April 11, 2011, service of the foregoing Unopposed Motion to Reassign Related Derivative Actions and the Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.


**VIA U.S. MAIL**
Tontine Capital Partners, L.P.
c/o Registered Agent
National Corporate Research Ltd.
615 South Dupont Highway
Dover, DE 19901

Tontine Partners, L.P
c/o Registered Agent
National Corporate Research Ltd.
615 South Dupont Highway
Dover, DE 19901

Tontine 25 Overseas Master Fund, L.P.
c/o Registered Agent
Citi Hedge Fund Services (Cayman), Ltd.
P.O. Box 10293, 5th Floor
Cayman Corporate Center
Cayman Islands

Tontine Overseas Fund, Ltd.
c/o Registered Agent
Citi Hedge Fund Services (Cayman), Ltd.
P.O. Box 10293, 5th Floor
Cayman Corporate Center
Cayman Islands

Tontine Capital Overseas Master Fund, L.P.
c/o Registered Agent
Walkers Corporate Services Limited
Walker House
87 Mary Street
George Town, Grand Cayman KY1-9005
Cayman Islands

_____/s/ Norman Rifkind____
Norman Rifkind