**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| BONNIE MITCHELL, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 11 C 1059  Honorable Robert W. Gettleman |
| Defendants, | ) ) ) | |
| - and - | ) ) | |
| BROADWIND ENERGY, INC., | ) ) ) | |
| Nominal Defendant. | ) | |

[Additional caption on the next page]

**PLAINTIFF JEFFREY HOPF'S MOTION TO**
**(1) CONSOLIDATE RELATED ACTIONS; AND (2) APPOINT LEAD**
**PLAINTIFF, INTERIM LEAD COUNSEL, AND LIAISON COUNSEL**

MICHAEL FRIEDMAN, derivatively )
on behalf of Nominal Defendant )
BROADWIND ENERGY, INC., )
                                    )
                    Plaintiff, )
                                    )
              vs. )
                                    )
J. CAMERON DRECOLL; JAMES M. )
LINDSTROM; CHARLES H. )
BEYNON; WILLIAM T. FEJES, JR.; )
TERENCE P. FOX; DAVID P. )
REILAND; PETER C. DUPREY; )   Civil Action No. 11 C 1313
TONTINE CAPITAL PARTNERS, )
L.P.; TONTINE CAPITAL )   Honorable Robert W. Gettleman
OVERSEAS MASTER FUND, L.P.; )
TONTINE PARTNERS, L.P.; )
TONTINE OVERSEAS FUND, LTD.; )
and TONTINE 25 OVERSEAS )
MASTER FUND, L.P., )
                                    )
                  Defendants, )
                                    )
               - and - )
                                    )
BROADWIND ENERGY, INC., )
                                    )
           Nominal Defendant. )

[Additional caption on the next page]

JEFFREY HOPF, derivatively on )
behalf of Nominal Defendant )
BROADWIND ENERGY, INC., )
 )
     Plaintiff, )
 )
   vs. )
 )
PETER C. DUPREY; DAVID P. )
REILAND; CHARLES H. BEYNON; )
WILLIAM T. FEJES, JR.; TERENCE )
P. FOX; JAMES M. LINDSTROM; J. )
CAMERON DRECOLL; TONTINE ) Civil Action No. 11 C 1519
CAPITAL PARTNERS, L.P.; )
TONTINE CAPITAL OVERSEAS ) Honorable Robert W. Gettleman
MASTER FUND, L.P.; TONTINE )
PARTNERS, L.P.; TONTINE )
OVERSEAS FUND, LTD.; and )
TONTINE 25 OVERSEAS MASTER )
FUND, L.P., )
 )
     Defendants, )
 )
   - and - )
 )
BROADWIND ENERGY, INC., )
 )
   Nominal Defendant. )

Upon the accompanying memorandum of law, the Declaration of Albert Chang with exhibits, the Declaration of Jeffrey Hopf, and all other papers and proceedings in the above-captioned actions, Plaintiff Jeffrey Hopf in *Hopf v. Duprey*, No. 11 C 1519 (N.D. Ill.), respectfully moves this Court for an Order:

(1)    Consolidating the above-captioned actions under Federal Rule of Civil Procedure 42(a);

(2)    Appointing (a) Mr. Hopf as Lead Plaintiff in the consolidated action; (b) his counsel, Johnson Bottini, LLP, as Interim Lead Counsel; and (c) The Law Offices of Edward T. Joyce & Associates, P.C. as Liaison Counsel; and

(3)    Granting such other and further relief as the Court deems just and proper.

Dated:  April 22, 2011

JOHNSON BOTTINI, LLP
Francis A. Bottini, Jr.
Albert Y. Chang

s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone:  (619) 230-0063
Facsimile:  (619) 238-0622

THE LAW OFFICES OF EDWARD T. JOYCE & ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603
Telephone:  (312) 641-2600
Facsimile:  (312) 641-0360

*Counsel for Plaintiff Jeffrey Hopf*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2011, I caused a copy of the foregoing motion to be served via the Court's electronic filing system on all counsel of record in these actions.

Dated: April 22, 2011

s/ Francis A. Bottini, Jr.

Francis A. Bottini, Jr.