# **EXHIBIT D**



# FIRM RESUME

Johnson Bottini, LLP is committed to providing the highest quality legal services expected at a large law firm with the efficiency and personal touch that only a small firm can offer. Prior to opening their own law firm, the founding partners of Johnson Bottini, LLP were both partners at two of the largest and most preeminent law firms in the country.

The attorneys at Johnson Bottini, LLP have the "big firm" experience to offer clients, but at a more affordable price. Johnson Bottini, LLP provides efficient and excellent legal services to its clients. With lawyers experienced in representing large publicly-traded corporations, Johnson Bottini, LLP now represents clients from defrauded individuals to large corporations in complex civil trials.

# REPRESENTATIVE MATTERS

The attorneys at Johnson Bottini, LLP, have been Lead Counsel, Co-Lead Counsel, or played a significant role in the following matters:

- *In re Brocade Communications, Systems, Inc. Derivative Litig.*, Case No. 1:05cv41683 (Superior Court for the State of California, County of Santa Clara). Johnson Bottini, LLP is Co-Lead Counsel in one of the highest-profile cases in the country challenging the award of backdated stock options by executive officers of Brocade. The case was filed in May 2005 and is currently pending. On August 8, 2008, Johnson Bottini, LLP was retained as co-counsel to Brocade by the Special Litigation Committee of the Board of Directors of Brocade to help litigate the company's claims against ten former officers and directors of the company. An amended complaint was filed in federal court in San Francisco, and the case, *In re Brocade Communications Systems, Inc.*, Case No. 05-02233, is pending before the Honorable Charles R. Breyer in the United States District Court for the Northern District of California. To date, over $24 million has been recovered for Brocade through the litigation.

- *In re DRAM Antitrust Litig.*, MDL No. 1486 (United States District Court for the Northern District of California). Mr. Bottini was Co-Lead Counsel for the Class; $325,997,000 in settlements were obtained for the Class from

nine defendants in one of the largest and most complex civil antitrust class actions in the country. Mr. Bottini was involved in all aspects of the case from the filing of the first complaint in 2002 to the final approval of the settlements which occurred in August 2007. Mr. Bottini was part of the trial team that was set to try the case against the two remaining defendants – Mosel Vitelic, Inc. and Nanya – when separate settlements with these last two defendants were reached on March 21, 2007, the day before oral argument was to be conducted on the *motions in limine* for trial. On August 15, 2007, Judge Phyllis J. Hamilton granted final approval to the settlements, stating: "I think I can conclude on the basis with my five years with you all, watching this litigation progress and seeing it wind to a conclusion, that the results are exceptional. The percentages, as you have outlined them, do put this [case] in one of the upper categories of results of this kind of [antitrust] class action. I am aware of the complexity . . . I thought that you all did an exceptionally good job of bringing to me only those matters that really required the Court's attention. You did an exceptionally good job at organizing and managing the case, assisting me in management of the case. There was excellent coordination between all the various different plaintiffs' counsel with your group and the other groups that are part of this litigation. . . . So my conclusion is the case was well litigated by both sides, well managed as well by both sides."

- *In re Level 3 Communications, Inc. Sec. Litig.*, Case No. 09-cv-00200-PAB-CBS (D. Colo. 2009). Johnson Bottini, LLP is Co-Lead Counsel in this securities fraud class action under the PSLRA.

- *In re Herald, Primeo, and Thema Funds Sec. Litig.*, Case No. 09-cv-0289 (RMB) (S.D.N.Y. 2009). Johnson Bottini, LLP is Lead Counsel for the Thema Fund plaintiffs in this securities fraud class action case under the PSLRA. The action is brought on behalf of all persons who invested in three Madoff "feeder funds" controlled by Bank Medici – the Herald, Primeo, and Thema funds.

- In *Karlin v. Alcatel*, Case No. SA cv00-214 (DOC) (C.D. Cal.). Mr. Bottini represented investors who received a tender offer for their shares from Alcatel S.A., a French telecommunications company. Mr. Bottini served as Co-Lead Counsel and the case settled for $10.5 million on the eve of trial. *See Karlin v. Alcatel*, 2001 WL 1301216, Fed. Sec. L. Rep. (CCH) ¶ 91,526 (C.D. Cal. 2001) (denying defendants' motion for summary judgment).

- *In re Arena Resources, Inc. Shareholder Litig.*, Case No. CV10-01069 (Washoe County, NV, June 2010). Johnson Bottini, LLP served as one of the counsel for Plaintiffs in this shareholder class action challenging the acquisition of Arena Resources by SandRidge Energy, Inc. As a result of the prosecution of the action, SandRidge raised the cash portion of the merger consideration by $2.00 per share, reduced the duration of the matching rights period, amended the terms of the non-solicitation clause in favor of Arena, reduced the amount of termination fees payable by a party from $50 million to $39 million, made additional material financial disclosures to Arena's shareholders and extended the date of the shareholder meeting to vote on the merger.

- *Bamboo Partners LLC v. The Robert Mondavi Corp., et al.,* Case No. 26-27170 (Superior Court for the State of California, County of Napa). Mr. Bottini represented the plaintiff common shareholders of the Mondavi Corporation in connection with the acquisition of the company by Constellation Brands, Inc. Mondavi had a dual-class stock structure pursuant to which the common shareholders owned Class A shares and the Mondavi family members owned Class B shares. Plaintiffs alleged that the insider Class B Mondavi family members improperly received more consideration for their shares than the common Class A public shareholders. The case was settled when defendants agreed to pay an additional $10.8 million to the Class A shareholder plaintiffs.

- *In re the Titan Corp. Derivative Litig.*, Case No. GIC 832018 (Superior Court for the State of California, County of San Diego). Mr. Johnson was Co-Lead Counsel in the derivative lawsuit that involved claims against Titan's officers and directors for breach of fiduciary duty. The claims were settled after plaintiffs negotiated $29 million in increased consideration to Titan's shareholders in an all-cash merger acquisition.

- *In re Dole Shareholder Litig.*, Case No. B281969 (Superior Court for the State of California, County of Los Angeles). In this mergers & acquisitions, going-private class action case, Mr. Bottini was Co-Lead Counsel for the plaintiffs and was involved in all aspects of the litigation. A $172 million settlement was obtained for the Class when the tender offer price was increased by $4 per share.

- *In re Mentor Corp. Shareholder Litig.,* Case No. 1304537 (Superior Court for the State of California, County of Santa Barbara). Johnson Bottini, LLP was appointed Co-Lead Counsel (along with Coughlin, Stoia, Geller,

  Rudman & Robbins LLP) in this shareholder class action case which challenges the fairness of the tender offer submitted by Johnson & Johnson for all the public shares of Mentor Corp.

- *In re Sepracor, Inc. Shareholders Litigation*, C.A. No. 4871-VCS (Delaware Chancery Court). Johnson Bottini, LLP is Co-Lead Counsel in this shareholder class action challenging a $2.6 billion tender offer for all the outstanding shares of Sepracor, Inc. by Dainippon Sumitomo Pharma Co., Ltd. of Japan. After moving for a preliminary injunction and obtaining expedited discovery, the case was settled by defendants agreeing to disclose substantial additional disclosures to Sepracor's shareholders regarding the financial analyses performed by Sepracor's investment bankers. The additional disclosures were filed via an Amendment No. 2 to the Schedule 14D-9 filed on October 2, 2009.

- *Nickell v. Shanahan et al.*, Case No. 4:07-cv-01406-SNL (United States District Court for the Eastern District of Missouri). Johnson Bottini, LLP is Lead Counsel in this shareholder derivative action challenging the backdating of stock options which occurred at Engineered Support Systems, Inc. The case is pending before Judge Limbaugh. In July 2008, two of the defendants, Michael F. Shanahan, Sr. and Gary C. Gerhardt, pled guilty in related criminal cases brought by the United States Department of Justice.

- *In re Heritage Bond Litig.*, Case No. 02-MDL-1475-DT (United States District Court for the Central District of California). In this class action bondholder litigation, which was ordered consolidated in Los Angeles by the Panel on Multidistrict Litigation, Mr. Bottini was lead counsel for the outside director defendants. After obtaining dismissal of most of the claims against the outside directors, Mr. Bottini obtained dismissal of the remaining claims against the outside directors for a combined payment of $102,500. The other defendants not represented by Mr. Bottini paid $27 million to settle the case. *See In re Heritage Bond Litig.,* 2005 U.S. Dist. LEXIS 13627 (C.D. Cal.).

- *Intel x86 Microprocessor Cases*, JCCP Case No. 4443 (Superior Court for the State of California, County of Santa Clara). In this complex class action antitrust case, the California Judicial Council coordinated the cases in Santa Clara before Judge Komar. Mr. Bottini is a member of the Plaintiffs' Executive Committee and is active in all aspects of the case. By order dated May 15, 2007, Judge Komar issued an order denying defendants' demurrer to the complaint in its entirety. The case is ongoing.

- *Green Meadows Partners, LLP v. Tompkinson (Impac Mortgage Securities Litig.)*, Case No. SACV 06-91 (United States District Court for the Central District of California), the Honorable Cormac Carney appointed Johnson Bottini, LLP Co-Lead counsel in a case where seven derivative complaints and competing motions for lead counsel had been filed. After a year and a half of litigation, Judge Carney approved the settlement agreement that required implementation of significant corporate therapeutic changes.

- *In re Dell, Inc. Derivative Litig.*, Case No. 1:06-cv-00839 (United States District Court for the Western District of Texas). By order dated March 1, 2007, the Honorable Sam Sparks appointed Johnson Bottini, LLP Co-Lead Counsel in this shareholder derivative action.

- *In re Sunterra Corp. Shareholder Litigation*, Case No. A525433 (Eighth Judicial District Court for the State of Nevada, County of Clark). Johnson Bottini, LLP was Co-Lead Counsel in this shareholder action challenging the fairness and disclosures made in SEC filings pertaining to a buyout offer for the company and certain actions by present and former officers and directors of Sunterra. The case was settled in 2007 when Sunterra agreed to file a supplemental filing with the United States Securities and Exchange Commission providing additional material information pertaining to the tender offer.

- *Deane v. Tombros et al.(NPS Pharmaceuticals Securities Litig.)*, Case No. 60913838 (Third Judicial District Court, Salt Lake City, Utah). Johnson Bottini, LLP is Lead Counsel in this shareholder derivative action filed against current and former officers and directors of NPS Pharmaceuticals, Inc. This matter was recently settled, subject to court approval, on terms that require the implementation of significant corporate therapeutic changes.

- *In re General Growth Properties, Inc. ERISA Litig.*, Case No. 08-cv-6791 (United States District Court for the Northern District of Illinois). Johnson Bottini, LLP is a member of Plaintiffs' Executive Committee in class action under ERISA seeking recovery of losses to plan participants.

- *In re ING Groep N.V. ERISA Litig.*, Master File No. 09-cv-400-JEC (United States District Court for the Northern District of Georgia) (ERISA class action). Johnson Bottini, LLP is Lead Counsel in this action on behalf of participants in the ING 401k Plan. The suit seeks recovery of damages to the Plan and Plan Participants due to breaches of fiduciary duty by the

defendants.

- *In re American Express ERISA Litig.*, Case No. 08-cv-10834 (JGK) (United States District Court for the Southern District of New York) (ERISA class action). Johnson Bottini, LLP represents the plaintiffs, who seek damages to the Plan and Plan Participants due to breaches of fiduciary duty by the defendants.

- *In re PFF Bancorp,Inc. ERISA Litigation*, Master File No. 5:2008cvl093 (United States District Court for the Central District of California) (ERISA class action; Johnson Bottini, LLP represents the plaintiffs).

- *In re Ambac Financial Group, Inc. Derivative Litigation*, Case No. 08-CV-854 (United States District Court for the Southern District of New York). Johnson Bottini, LLP is Co-Lead Counsel in this shareholder derivative action filed against current and former officers and directors of Ambac Financial Group, Inc.

- *In re Heelys Inc. Derivative Litigation*, Case No. 07-CV-1682 (United States District Court for the Northern District of Texas). Johnson Bottini, LLP is Co-Lead Counsel in this shareholder derivative action filed against current and former officers and directors of Heelys Inc. After more than a year of litigation and multiple mediations, this matter was recently settled, subject to court approval, on terms that require the implementation of significant corporate therapeutic changes.

- *In re Motorola, Inc. Derivative Litigation*, Case No. 07CH23297 (Circuit Court of Cook County, Illinois). Johnson Bottini, LLP is Co-Lead Counsel in this shareholder derivative action filed against current and former officers and directors of Motorola, Inc.

- *Baker v. Visa International Corp.,* Case No. 06cv0376 (Superior Court for the State of California, County of San Diego), Johnson Bottini, LLP is Co-Lead Counsel for this nationwide consumer class action that was filed in 2006 against Visa International Corp. for wrongfully assessing undisclosed fees on consumers by manipulating the currency conversion rates when consumers used their Visa Card for purchases in other countries. This matter was settled for a significant payment to class members, then removed to federal court, and transferred by the Judicial Panel on Multidistrict Litigation to the United States District Court for the Southern District of New York to be coordinated with the *In re Currency Conversion Fee Antitrust Litigation.* The settlement is awaiting court approval.

Johnson Bottini, LLP
Firm Resume
Page 7 of 17

- *Edleson v. American Home Shield,* Case No. 37-2007-000-71725-CU-BT-CTL (Superior Court for the State of California, County of San Diego). Johnson Bottini, LLP is Lead Counsel for Plaintiffs in this consumer class action challenging the allegedly wrongful denial of home warranty claims by the defendants. Johnson Bottini, LLP negotiated a settlement pursuant to which AHS agreed to reconsider all denied claims and modified its home warranty plan contract to eliminate the lack of maintenance exclusion.

# OUR ATTORNEYS

## **FRANK J. JOHNSON**

Mr. Johnson is one of the founding partners of Johnson Bottini, LLP. Prior to starting his own law firm, Mr. Johnson was a partner in the law firm Sheppard, Mullin, Richter & Hampton LLP, a full-service Am Law 100 law firm with more than 400 attorneys in nine offices located throughout the country. Mr. Johnson has represented some of the largest well-known companies in the country in complex business disputes. He has conducted both jury and non-jury trials in state and federal court.

Areas of Practice: Mr. Johnson's practice focuses on complex litigation. Mr. Johnson has extensive experience in all aspects of trial practice, mediation, trial preparation, and non-jury and jury trials in state and federal court. In addition to his general trial practice, Mr. Johnson has both prosecuted and defended a number of cases involving securities fraud in class actions and derivative cases.

Professional Qualifications and Activities: Mr. Johnson was admitted to the State Bar of California in 1994. He has an AV rating with Martindale-Hubble which indicates very high to preeminent legal ability and very high ethical standards as established by confidential opinions from members of the Bar. He is currently admitted in good standing with the following courts:

- All courts of the State of California
- The United States Court of Appeals for the Ninth Circuit
- The United States Court of Appeals for the Third Circuit
- The United States District Courts for the Southern, Central and Northern Districts of California
- The United States Court of Federal Claims

Mr. Johnson is also a member of the following professional organizations:

- The San Diego County Bar Association
- The Federal Bar Association
- The Litigation Section of the State Bar of California
- SD Regional Chamber of Commerce, Vice Chair Tech Comm. (2002-03, 2003-04, 2004-05)

Mr. Johnson completed the following trial advocacy programs:

- San Diego County District Attorney one-month misdemeanor jury trial program
- Louis M. Welsh American Inn of Court, one year program
- San Diego Inn of Court College of Advocacy, multi-week trial course
- San Diego Inn of Court College of Advocacy, multi-week evidence course

Following graduation from law school in 1994, Mr. Johnson served as a judicial law clerk for one year for the Honorable John S. Rhoades, a federal trial judge in the United States District Court for the Southern District of California.

Education and Awards: Mr. Johnson received his Juris Doctorate degree from Washington University School of Law in 1994, where he was in the top 10% of his class while in attendance. In his first year of law school, Mr. Johnson received the American Jurisprudence Award in Contracts. At both Washington University School of Law and the University of San Diego School of Law (where Mr. Johnson was a visiting student in his third year), Mr. Johnson won first place awards in each school's Moot Court Competition. He received his Bachelor of Science degree in Business Administration with an emphasis in Finance from San Diego State University in 1990, where he graduated second in his class major, with honors and *summa cum laude*.

## FRANCIS A. BOTTINI, JR.

Mr. Bottini is one of the founding partners of Johnson Bottini, LLP. Prior to starting his own law firm, Mr. Bottini was a partner in the New York law firm Wolf Haldenstein Adler Freeman & Herz LLP, a full-service law firm that has provided legal services to its clients since 1888. Mr. Bottini has successfully achieved several multi-million dollar recoveries in securities and antitrust class action cases throughout the country. Mr. Bottini has served as an Adjunct Professor of Business Law at the University of San Diego in the past.

He is a 1991 graduate of St. Louis University (B.A. *magna cum laude*), and the University of San Diego School of Law (J.D. *cum laude* 1994), where he was the Lead Articles Editor of the San Diego Law Review and received the American Jurisprudence Award in Property. Mr. Bottini is admitted to practice before the United States Supreme Court, all California courts, and the Ninth Circuit Court of Appeals. He is AV-rated by Martindale-Hubbell.

Johnson Bottini, LLP
Firm Resume
Page 10 of 17

Mr. Bottini practices in the areas of securities litigation (including securities fraud litigation under the PSLRA and Sarbanes-Oxley Act, mergers & acquisitions, and proxy litigation), antitrust, ERISA, consumer, and employment class action litigation. His published cases include *Karlin v. Alcatel*, 2001 WL 1301216, Fed. Sec. L. Rep. (CCH) ¶ 91,526 (C.D. Cal. 2001) (denying defendants' motion for summary judgment); *In re Imperial Credit Industries, Inc. Sec. Litig.*, 2000 WL 1049320, Fed. Sec. L. Rep. (CCH) ¶ 91,024 (C.D. Cal. 2000) (denying defendants' motion to dismiss in a securities fraud action under Section 10(b) of the Securities Exchange Act of 1934); *In re USA Talks.com Sec. Litig.*, 2000 WL 1887516 (S.D. Cal.) (denying defendants' motion to dismiss in 10b-5 case); *In re DRAM Antitrust Litig.*, 2006 U.S. Dist. LEXIS 39841 (N.D. Cal. June 5, 2006) (granting motion for class certification).

On April 18-20, 2005, Mr. Bottini accepted an invitation to give a presentation on Securities Class Action Litigation at the 2nd Annual CFO Forum in Seoul, South Korea.

## BRETT M. WEAVER

Areas of Practice: In addition to complex business litigation, Mr. Weaver's practice areas include securities litigation, professional malpractice defense, malicious prosecution actions, employment law, and real estate disputes. Mr. Weaver has also handled a number of anti-SLAPP cases arising from the exercise of free speech and petitioning activities. Mr. Weaver has litigated cases in both state and federal court and has handled all aspects of litigation including mediation, trial preparation, jury trials and appeals.

Professional Qualifications and Activities: Mr. Weaver was admitted to the State Bar of California in 1999. He is currently admitted in good standing with the following courts:

- All courts of the State of California
- The United States District Court for the Southern and Central Districts of California

Mr. Weaver completed the following trial advocacy programs:

- Louis M. Welch American Inn of Court, one year program
- San Diego Inn of Court, multi-week evidence course

During law school, Mr. Weaver served as a judicial extern for Justice Judith L. Haller at the California Court of Appeal (4th District, Division 1) and Hon. J. Richard Haden (Ret.) at the San Diego Superior Court. Before joining the Johnson Bottini, Mr. Weaver was an associate at the mid-sized San Diego firms of Butz Dunn DeSantis & Bingham and Mazzarella Dunwoody & Caldarelli.

Education: Mr. Weaver received his Juris Doctorate degree from the University of Arizona College of Law in 1999. Mr. Weaver actively participated in Moot Court and was named a member of the Moot Court Board, National Moot Court Team and was named the school's Most Outstanding Oral Advocate. Mr. Weaver graduated with honors from the University of Arizona in 1996, receiving a B.A. in Political Science.

## ALBERT CHANG

Areas of Practice: Mr. Chang practices in securities and ERISA class action litigation and complex civil litigation. He has extensive experience litigating insurance class actions, conducting corporate internal investigations, and responding to subpoenas from federal and state regulators. He has also litigated insurance coverage and employment actions.

Professional Qualifications and Activities: Before joining Johnson Bottini, LLP in 2009, Mr. Chang completed two federal clerkships. From September 2005 to October 2006, he served as a judicial law clerk to United States District Judge Suzanne B. Conlon for the Northern District of Illinois. From April 2008 to April 2009, he served as a judicial law clerk to United States District Judge Roger T. Benitez for the Southern District of California. As a judicial law clerk, Mr. Chang performed duties not only at the trial court level but he also worked on appeals before the United States Court of Appeals for the Ninth Circuit.

In addition to his judicial clerkships, Mr. Chang worked for six years as a litigation associate at the New York office of Dewey & LeBoeuf LLP (formerly LeBoeuf, Lamb, Greene & MacRae LLP), where he represented insurers in numerous complex cases, including:

- a market-conduct class action that proceeded through jury trial and appeal;
- a coverage action involving post-September 11th clean-up efforts; and
- bid-rigging investigations conducted by state attorneys general.

He also defended executives, energy companies, trade associations, and co-op boards in high-stakes cases.

Mr. Chang is admitted to practice law in New York. He is a member of the Hon. J. Clifford Wallace Chapter of the American Inns of Court. He is fluent in Cantonese and Mandarin.

Education: In 2001, Mr. Chang graduated from Indiana University School of Law-Bloomington, where he was an associate member of the Indiana Journal of Global Legal Studies. He earned his undergraduate degree at Beloit College in 1997.

### ANNE B. BESTE

Ms. Beste practices complex civil litigation. She is a 1992 graduate of Northwestern University School of Law. She received her undergraduate degree in 1989 from Boston College, where she was Phi Beta Kappa and graduated *magna cum laude* with a B.A. in Economics. From 1996 to 2001, Ms. Beste practiced complex civil litigation at Swidler Berlin Shereff Freidman, LLP in Washington, D.C. Her practice included employment litigation, environmental litigation, and trade secret litigation. Ms. Beste is admitted to practice in Washington, D.C., Missouri, and Illinois.

### NINA M. KRAMPS

Nina M. Kramps is a 2001 graduate of Heinrich-Heine-University School of Law, Düsseldorf, Germany, and received an LL.M. degree (Masters in Comparative Law) from California Western School of Law in 2006. Ms. Kramps specializes in securities class action litigation, ERISA class action litigation, antitrust, securities, and shareholder derivative actions.

Her representative cases include *In re DRAM Antitrust Litig.*, MDL No. 1486 (United States District Court for the Northern District of California) and *In re Brocade Communications, Systems, Inc. Derivative Litig.,* Case No. 1:05cv41683 (Superior Court for the State of California, County of Santa Clara).

### KEITH M. COCHRAN

Areas of Practice: Mr. Cochran practices in securities and ERISA class action litigation and complex civil litigation. He has experience in all aspects of trial practice, mediation, and trial preparation in state and federal court.

Professional Qualifications: Before joining Johnson Bottini, LLP in 2009,

Mr. Cochran was an associate at the San Diego office of Luce Forward Hamilton & Scripps LLP. His practice focused primarily on defending clients in complex civil litigation matters, including commercial contract disputes, unfair competition/business practices, and trade secret litigation. In addition, he served as a judicial extern to United States Magistrate Judge William McCurine Jr. of the Southern District of California in 2007.

Mr. Cochran is admitted to practice before all courts of the State of California and the United States District Courts for the Southern, Central, and Eastern Districts of California.

Education: Mr. Cochran received his law degree cum laude in 2007 from the University of San Diego School of Law. He received his Masters degree in Economics from the University of California at Santa Barbara in 2004. He received his Bachelors of Science degree in Mechanical Engineering from the University of California at Santa Barbara in 2003.

### ELSA L. MECHULAN

Ms Mechulan specializes in complex civil litigation with a focus on securities and ERISA class actions.

Ms. Mechulan received a Master's degree in Law in 2008, cum laude, along with a Diploma of in-house lawyer (DJCE) from University of Aix-en-Provence, France. In 2006, she received a Diploma in Comparative Law from Ottawa University, Canada.

Prior to joining Johnson Bottini LLP, Ms. Mechulan worked in the Corporate and Tax department of Arendt and Medernach, one of the largest law firms in Luxembourg.

Ms. Mechulan is also fluent in French and Spanish.

### SHAWN FIELDS

Areas of Practice: Mr. Fields practices in securities and consumer fraud class action litigation and complex civil litigation. He has extensive experience in all aspects of trial practice and discovery, as well as mediation and trial preparation in state and federal court.

<u>Professional Qualifications and Activities</u>: Before joining Johnson Bottini, LLP in August 2010, Mr. Fields was a litigation associate at the San Francisco office of Latham & Watkins, LLP. His practice focused primarily on defending corporate clients in complex civil litigation. Representative matters include:

- defending a Fortune 500 company in an antitrust SEC enforcement action;
- defending an executive in a white collar criminal action in federal court;
- defending a major corporation in a price-fixing class action in federal court; and
- defending a technology company in a patent infringement action in federal court.

Mr. Fields also managed Latham & Watkins' pro bono practice, during which time he represented numerous immigrant families seeking humanitarian relief in immigration court and regularly defended homeless criminal defendants in San Francisco Superior Court.

Mr. Fields also served for one year as the Tanzania Country Director for Asylum Access, a global refugee legal aid organization. In this role he supervised the legal representation of over 500 Congolese refugees and advanced significant legal and policy changes before the United Nations and government of Tanzania.

Mr. Fields is admitted to practice before all courts of the State of California and the United States District Courts for the Southern, Central, and Eastern Districts of California.

<u>Education</u>: Mr. Fields received his law degree magna cum laude from Boston University School of Law in 2007, where he served for two years on the Boston University Law Review. He received his Bachelor of Arts degree in Political Science from Yale University in 2003.

<u>Publications</u>: Constitutional Comparativism and the Eighth Amendment: How a Flawed Proportionality Requirement Can Benefit From Foreign Law, 86 B.U. L. Rev. 963 (October 2006).

The U.S. Response to Human Trafficking: An Unbalanced Approach, Women's Commission for Refugee Women and Children (May 2007) (substantive drafter; published by Latham & Watkins LLP).

Private Crimes and Public Forgiveness: Towards a Refined Restorative Justice Amnesty Regime, Intl. J. Civ. Soc. L., Vol. V, Issue II (April 2007) (online only).

Prisoner Access to the Courts and the Actual Injury Requirement: How the Standing Paradox in Lewis v. Casey Threatens the Future of Prisoners' "Most Fundamental Right" (April 2007) (presented at Northwestern University School of Law faculty workshop).

An Act Further Protecting Victims of Domestic Violence, House No. 30, Massachusetts General Assembly (2005-2006 Session); accompanied by supporting position paper The Urgent Need for Increased Law Enforcement Protection of Trafficking Victims of Domestic Violence, Signed into law as Chapter 418 of the Acts of 2006 (January 2007).

**TESTIMONIALS**

Johnson Law Firm, one of the founding partners of Johnson Bottini, LLP is "exceptionally qualified and experienced." *Greenmeadows Partners LLP v. Tomkinson, et al.,* C.D. Cal. Case No. SACV 06-91 CJC (appointing Johnson Law Firm lead counsel in a complex shareholder derivative litigation in which six separate lawsuits were filed).

> The Honorable Cormac J. Carney
> United States District Court Judge
> Central District of California

As chairman of the board of a public company, I retained Johnson Law Firm, one of the founding partners of Johnson Bottini, LLP, to pursue claims for breach of fiduciary duty for millions of dollars against former directors of a company formed in England. I have retained law firms throughout the world and found Johnson Law Firm and its lawyers to be superb. Mr. Johnson was very responsive and he grasped complex corporate matters involving international real estate transactions. Johnson Law Firm aggressively litigated my company's claims against several defendants who were represented by one of the largest law firms in the world. This case was very complex and complicated and involved three jurisdictions (U.S., Europe, and Sweden). Johnson Law Firm played an instrumental role in bringing the whole case to a successful settlement out of court. We ultimately reached a resolution short of trial with which I was very pleased.

> Rolf L. Nordström
> Chairman of the Board
> International Real Estate PLC

While I was the Executive Vice President and Chief Financial Officer for a publicly traded company, I consulted Frank Johnson on various legal issues. As CFO I was responsible for SEC reporting requirements and compliance with GAAP. In addition, I successfully completed the public offering of the company's stock which was a consistent top performer on the NASDAQ from 1998 to 1999. During the ten years I've known him, I've been very impressed with Mr. Johnson's integrity, business acumen, and understanding of complex securities issues. Based upon these factors, I retained Johnson Law Firm, one of the founding partners of Johnson Bottini, LLP, to represent me in matters where it appeared that a public company's officers or directors engaged in fraudulent conduct to the detriment of the company's shareholders (of which I was one). As a former CFO for a public company and as a shareholder, I can say with confidence that this firm has proven to be aggressive and astute in identifying claims for fraudulent conduct in connection with the sale of publicly traded securities.

        James Baker
        Chief Cost Reduction Officer
        DCI Solutions

While I was assistant general counsel for GNC Corporation, a publicly traded company at the time, I had the good fortune of working with Frank Johnson as GNC's lawyer. While he was at Sheppard Mullin, he successfully defended GNC in several matters, including a consumer class action and various business litigation matters. I have since left GNC Corporation and am now a partner at one of the largest law firms in the country. I have worked with Johnson Law Firm on various matters, including a jury trial in San Diego, California. Mr. Johnson proved to be an exceptional trial lawyer who assisted my firm in obtaining an outstanding verdict in our client's favor. I have recommended Johnson Bottini, LLP without reservation to both clients and lawyers who need highly skilled and effective representation.

        Gerald J. Stubenhofer, Esq.
        Partner
        McGuire Woods LLP

In 2004, Axeus, Inc. was using Sheppard Mullin, a large law firm, for nearly all of its legal matters. When Frank Johnson, who was then a partner at Sheppard Mullin, announced that he was departing to start his own law firm, I did not hesitate in my decision to send all of Axeus's litigation work to Mr. Johnson. At the time, Axeus was embroiled in a huge legal battle involving more than 20,000 pages of evidence and millions of dollars. Johnson Law Firm, one of the founding

partners of Johnson Bottini, LLP, helped Axeus successfully resolve that matter and has since handled several litigation matters for Axeus, all with outstanding results. I have worked with many different law firms over the years and I can say with confidence that Mr. Johnson is one of the best lawyers I've worked with. He understands what is important to his clients: excellent legal work and value. While other firms may be less expensive, Johnson Law Firm provides value for its fees.

> Sean H. Mallean
> President & CEO
> Axeus, Inc.

Johnson Law Firm, one of the founding partners of Johnson Bottini, LLP, was Awesome! They were professional, organized and as evidenced by juror testimonials following a one-week jury trial.... extremely effective. On claims for breach of contract and fraud, Johnson Law Firm won a 7 figure verdict for me and my company and I will forever be grateful. You never realize how important it is to have a good attorney until you need one!

> Ronald T. Fricke
> President
> Healthy Life Marketing, LLC

I am the owner of Natural Energy, which was established in 1977 and is the largest solar energy company in the western United States. Although we have an exceptional reputation, as with any large company, legal disputes are sometimes inevitable. After using a number of law firms, for the past several years Natural Energy has used Johnson Law Firm, one of the founding partners of Johnson Bottini, LLP, for all of its business litigation matters, from general business disputes to successfully getting a baseless class action dismissed. The lawyers at Johnson Bottini, LLP are aggressive, have a strong work ethic and, of utmost importance to me, have unquestionable integrity. I have the utmost faith and confidence in Johnson Bottini, LLP.

> Ted Mount
> Owner
> Natural Energy