# **EXHIBIT E**

THE LAW OFFICES OF
EDWARD T. JOYCE & ASSOCIATES, P.C.

FIRM BIOGRAPHY

Edward T. Joyce, principal and founder of The Law Offices of Edward T. Joyce & Associates, P.C. graduated <u>cum laude</u> from Loyola University of Chicago Law School in June, 1967 where he was editor-in-chief of the Loyola University Law Review. He is admitted to practice before:

1. The Supreme Court of Illinois (November 29, 1967)

2. The Federal District Court for the Northern District of Illinois (December 13, 1967)

3. The Federal District Court for the Eastern District of Wisconsin (June 3, 1981)

4. The United States Court of Appeals for the Seventh Circuit (April 23, 1976)

5. The United States Court of Appeals for the Fifth Circuit (October 26, 1976)

6. The United States Court of Appeals for the First Circuit (April 8, 1993)

    Mr. Joyce is a member of the Trial Bar for the United States District Court for the Northern District of Illinois (November 23, 1982)

7. The Supreme Court of the United States (April 16, 1990).

Mr. Joyce started his professional career as an Associate in the law firm of Liebman, Williams, Bennett, Baird and Minow (now Sidley & Austin), where he was actively engaged in commercial litigation dealing with various business problems, including antitrust, federal and state securities and numerous major chancery actions on behalf of large commercial lenders. After several years with Liebman, Williams, Bennett, Baird and Minow, he took a one-year leave of absence and represented the Honorable Paul Simon as the Financial Chairman of his campaign for Governor of the State of Illinois. Thereafter, he formed his own firm, now known as The Law

1

Offices of Edward T. Joyce & Associates, P.C., a law firm dealing with commercial litigation. Mr. Joyce has been a licensed certified public accountant in the State of Illinois.

Mr. Joyce has devoted substantially all of his professional career to the litigation of business-oriented matters, dealing in particular with violations of the federal and state antitrust and securities laws and various other equitable causes of action. He has represented clients in many cases, including but not limited to the following:

1. <u>Pickens-Kane v. Insurance Services of Illinois</u>, Circuit Court of Cook County, Illinois (class action dealing with fraud by various insurance companies).

2. <u>Jones v. Luster Friedman</u>, Circuit Court of Cook County, Illinois (class action for fraud).

3. <u>Halverson v. Convenient Food Mart, Inc.</u>, Northern District of Illinois (represented the defendants with respect to their attempts to defeat all national and local class actions growing out of the convenient Food Mart franchise system).

4. <u>Ferraro v. Talman Federal Savings Loan Association</u>, Northern District of Illinois (stockholder's derivative action).

5. <u>Cada v. Costa Line</u>, Circuit Court of Cook County, Illinois (lead class counsel; class action involving a fire which completely destroyed a Caribbean Cruise ship).

6. <u>Wiltgen v. Richardson-Vicks</u>, Circuit Court of Cook County, Illinois (consumer fraud class action).

7. <u>Healy v. Loeb Rhodes</u>, Northern District of Illinois (co-lead counsel in securities fraud class action).

8. <u>Thillens v. The Community Currency Exchange Association of Illinois, Inc.</u>, Northern District of Illinois (class action where a defendant class was certified involving 2,500 individual and commercial members of the Community Currency Exchange Association

of Illinois).

9. <u>Mueller v. White Credit, Inc.</u>, Northern District of Illinois (class action filed under ERISA on behalf of the participants in the White Credit Stores Pension Plan).

10. <u>In re Financial Partners Litigation</u>, Northern District of Illinois (commodities fraud class action).

11. <u>Kenny v. Reliable Corporation</u>, Circuit Court of Cook County, Illinois (co-lead class counsel; consumer fraud class action).

12. <u>Barkman v. Wabash</u>, Northern District of Illinois (co-lead class counsel; securities fraud class action).

13. <u>In re Illinois Bell Switching Station Litigation</u>, Circuit Court of Cook County, Illinois (co-lead counsel; class action on behalf of Illinois Bell subscribers who lost phone service as a result of the fire at Illinois Bell's Hinsdale facility).

14. <u>Sharfman v. Diasonics, Inc.</u>, Northern District of California (stockholders' derivative suit).

15. <u>Myles M. Spicer, et al. v. CBOE, et al.</u>, Northern District of Illinois (co-lead counsel in class action suit against the CBOE and OCC for maintaining a disorderly market).

16. <u>Purdy v. Security Savings & Loan Assn.</u>, Eastern District of Wisconsin (lead counsel in securities fraud class action).

17. <u>Barthuli v. St. Francis Savings & Loan Assn.</u>, Eastern District of Wisconsin (lead counsel in securities fraud class action).

18. <u>Naunheimer v. World Cup USA 1994, Inc.</u>, Circuit Court of Cook County, Illinois (co-lead counsel in a consumer fraud class action).

19. <u>Apostolou v. Geldermann</u>, Northern District of Illinois (lead counsel in commodities fraud claim on behalf of 240 victims of Ponzi scheme).

3

20. D'Huyvetter & Swichkow v. McGladrey & Pullen, Superior Court of Fulton County, Georgia (lead counsel defending national accounting firm against claims of intentional interference with prospective economic advantage).

21. Rhyne v. American Home Products, Circuit Court of Cook County, Illinois (co-lead counsel in consumer fraud class action against diet drug manufacturers).

22. Ross v. Dahl, Circuit Court of Cook County, Illinois (lead counsel defending director of privately owned corporation against claims of breach of fiduciary duty and tortious interference).

23. Ries v. Humana Health Plan, Inc., Northern District of Illinois (lead counsel in ERISA-class action).

24. Strassen v. Allstate, Circuit Court of Madison County, Illinois (one of multiple class counsel in consumer class action regarding denial of medical payments coverage).

25. Seymour v. Motorola, Circuit Court of Cook County, Illinois (co-class counsel in action to enforce stock option rights).

26. Crotty v. Commonwealth Edison, Circuit Court of Cook County, Illinois (co-lead counsel in consumer class action regarding utility outage).

27. Cohen et al. v. Blockbuster, Inc., Cook County, Illinois (class counsel for national class challenging Blockbuster's late fee policy)

28. Wisconsin International Electric Power, LTD v. Wisconsin Electric Power Company, Milwaukee County, Wisconsin (lead counsel in a multi-million dollar international fraud and breach of contract case tried in Milwaukee, Wisconsin, where many of the key witnesses were nationals of Asian countries)

29. Carrero v. Health Care Service Corporation, Cook County, Illinois (one of the class

counsel for a class action against Blue Cross and others for improper claims administration)

30. <u>Employer's Consortium, Inc. v. Professional Industrial & Trade Workers Union</u>, Cook County, Illinois (lead counsel for class action against union and its promoters for improper coverage and administration of health and welfare claims)

31. <u>Williamson County Agricultural Association v. Aon</u>, class counsel for class action against Aon Insurance and its affiliates for recovery of secret commissions for placing insurance.

32. <u>Shanklin Corp. v. American Packaging Machinery, Inc.</u>, Northern District of Illinois (trial counsel for defendants in damages portion of patent infringement claim).

33. <u>George v. George</u>, Circuit Court of Cook County, Illinois (counsel for plaintiff for defamation claim).

34. <u>Thomas Janusz v. Keystone Illinois Inc.</u>, Circuit Court of Cook County, Illinois (counsel for plaintiff for defamation and breach of employment contract).

35. <u>Owen v. Target Media Partners Corporation</u>, arbitration before JAMS (counsel for petitioner for breach of employment contract).

36. <u>Lee v. EPS Solutions Corporation</u>, arbitration before JAMS (counsel for large group of business owners in breach of fiduciary duty action against promoters of a new "roll-up" company).

37. <u>Goldfine v. Steinberg, Shearson Lehman Brothers, Inc., et al.</u>, Cook County Circuit Court (counsel for plaintiff for claims against broker and broker's parent relating to fraudulent inducement to purchase stock in company which, unbeknownst to plaintiff, was insolvent).

38. <u>Goldfine v. Barack Ferrazzano</u>, et al., Cook County Circuit Court (lead counsel in multi-million dollar legal malpractice lawsuit where lawyers failed to provide requisite notice under the Illinois Securities Act necessitating counsel to try, in addition to the malpractice case, the Illinois Securities Act violation against plaintiffs' broker and broker's parent).

39. <u>Lee v. Federal Insurance Company</u>, state court in San Francisco (counsel for large group of claimants in coverage dispute with three D&O carriers).