**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE MITCHELL, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., <br><br> Defendants, <br><br> - and - <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Civil Action No. 11 C 1059 <br><br> Honorable Robert W. Gettleman |

[Additional caption on the next page]

**NOTICE OF PRESENTMENT
FOR PLAINTIFF JEFFREY HOPF'S MOTION TO
(1) CONSOLIDATE RELATED ACTIONS; AND (2) APPOINT LEAD
PLAINTIFF, INTERIM LEAD COUNSEL, AND LIAISON COUNSEL**

| | |
|---|---|
| MICHAEL FRIEDMAN, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| J. CAMERON DRECOLL; JAMES M. LINDSTROM; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; DAVID P. REILAND; PETER C. DUPREY; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 11 C 1313<br><br>Honorable Robert W. Gettleman |
| Defendants, | ) ) |
| - and - | ) ) |
| BROADWIND ENERGY, INC., | ) ) |
| Nominal Defendant. | ) |

[Additional caption on the next page]

| | | |
|---|---|---|
| JEFFREY HOPF, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| PETER C. DUPREY; DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 11 C 1519<br><br>Honorable Robert W. Gettleman |
| Defendants, | ) ) | |
| - and - | ) ) | |
| BROADWIND ENERGY, INC., | ) ) | |
| Nominal Defendant. | ) | |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 28, 2011, at 9:15 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1703 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604, Plaintiff Jeffrey Hopf in *Hopf v. Duprey*, No. 11 C 1519 (N.D. Ill.), will present his Motion to (1) Consolidate Related Actions; and (2) Appoint Lead Plaintiff, Interim Lead Counsel, and Liaison Counsel.

Dated: April 22, 2011

JOHNSON BOTTINI, LLP
Francis A. Bottini, Jr.
Albert Y. Chang

    s/ Francis A. Bottini, Jr.
Francis A. Bottini, Jr.

501 West Broadway, Suite 1720
San Diego, California 92101
Telephone: (619) 230-0063
Facsimile: (619) 238-0622

THE LAW OFFICES OF EDWARD T. JOYCE &
ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360

*Counsel for Plaintiff Jeffrey Hopf*

1

## CERTIFICATE OF SERVICE

I certify that on April 22, 2011, I caused a copy of the foregoing Notice of Presentment to be served via the Court's electronic filing system on all counsel of record in these actions.

Dated:  April 22, 2011

s/ Francis A. Bottini, Jr.<br>
Francis A. Bottini, Jr.