# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., <br><br> Defendants, <br><br> - and - <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Civil Action No. 11 C 1059 <br><br> Honorable Robert W. Gettleman |

[Additional caption on the next page]

**NOTICE OF PRESENTMENT
FOR PLAINTIFF JEFFREY HOPF'S MOTION TO
(1) CONSOLIDATE RELATED ACTIONS; AND (2) APPOINT LEAD
PLAINTIFF, INTERIM LEAD COUNSEL, AND LIAISON COUNSEL**

| | |
|---|---|
| MICHAEL FRIEDMAN, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., ) ) ) ) | |
| Plaintiff, ) ) | |
| vs. ) ) | |
| J. CAMERON DRECOLL; JAMES M. LINDSTROM; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; DAVID P. REILAND; PETER C. DUPREY; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 11 C 1313<br><br>Honorable Robert W. Gettleman |
| Defendants, ) ) | |
| - and - ) ) | |
| BROADWIND ENERGY, INC., ) ) | |
| Nominal Defendant. ) | |

[Additional caption on the next page]

| | |
|---|---|
| JEFFREY HOPF, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., )<br>)<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>PETER C. DUPREY; DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>Defendants, )<br>)<br>- and - )<br>)<br>BROADWIND ENERGY, INC., )<br>)<br>Nominal Defendant. ) | Civil Action No. 11 C 1519<br><br>Honorable Robert W. Gettleman |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT on April 28, 2011, at 9:15 a.m., or as soon thereafter as counsel may be heard, in Courtroom 1703 of the Everett McKinley Dirksen United States Courthouse at 219 South Dearborn Street, Chicago, Illinois 60604, Plaintiff Jeffrey Hopf in *Hopf v. Duprey*, No. 11 C 1519 (N.D. Ill.), will present his Motion to (1) Consolidate Related Actions; and (2) Appoint Lead Plaintiff, Interim Lead Counsel, and Liaison Counsel.

| | |
|---|---|
| Dated: April 22, 2011 | JOHNSON BOTTINI, LLP<br>Francis A. Bottini, Jr.<br>Albert Y. Chang |
| |     s/ Francis A. Bottini, Jr.<br>    Francis A. Bottini, Jr. |
| | 501 West Broadway, Suite 1720<br>San Diego, California 92101<br>Telephone: (619) 230-0063<br>Facsimile: (619) 238-0622 |
| | THE LAW OFFICES OF EDWARD T. JOYCE & ASSOCIATES, PC<br>Edward T. Joyce<br>Rowena T. Parma<br>135 South La Salle Street, Suite 2200<br>Chicago, Illinois 60603<br>Telephone: (312) 641-2600<br>Facsimile: (312) 641-0360 |
| | *Counsel for Plaintiff Jeffrey Hopf* |

1

## CERTIFICATE OF SERVICE

I certify that on April 22, 2011, I caused a copy of the foregoing Notice of Presentment to be served via the Court's electronic filing system on all counsel of record in these actions.

Dated: April 22, 2011

                                                    s/ Francis A. Bottini, Jr.
                                                    Francis A. Bottini, Jr.