UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DAVID P. REILAND, *et al.*,<br><br>        Defendants,<br><br>and<br><br>BROADWIND ENERGY, INC.,<br><br>        Nominal Defendant. | **Case No. 11-CV-01059** |
| MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>J. CAMERON DRECOLL, *et al.*,<br><br>        Defendants,<br><br>and<br><br>BROADWIND ENERGY, INC.,<br><br>        Nominal Defendant. | **Case No. 11-CV-01313** |

| | |
|---|---|
| JEFFREY HOPF, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PETER C. DUPREY, *et al.*,<br><br>Defendants,<br><br>and<br><br>BROADWIND ENERGY, INC.,<br><br>Nominal Defendant. | Case No. 11-CV-01519 |

### DECLARATION OF ROBIN WINCHESTER IN SUPPORT OF JOINT MOTION BY PLAINTIFFS BONNIE MITCHELL AND MICHAEL FRIEDMAN TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND TO APPOINT CO- LEAD PLAINTIFFS AND LEAD AND LIAISON COUNSEL

I, Robin Winchester, declare as follows:

1. I am a partner at Barroway Topaz Kessler Meltzer & Check, LLP ("BTKMC"), counsel for Plaintiff Bonnie Mitchell, derivatively on behalf of Nominal Defendants Broadwind Energy. I have been admitted *pro hac vice*.

2. I make this Declaration in support of the Joint Motion By Plaintiffs Bonnie Mitchell and Michael Friedman to Consolidate Related Derivative Actions and to Appoint Co-Lead Plaintiffs and Lead and Liaison Counsel.

3. At the time of the filing of the *Mitchell* Action and based upon the documentation provided by Ms. Mitchell, Ms. Mitchell owned 452 shares of Broadwind common stock.

4. After the commencement of the *Mitchell* Action, BTKMC was retained by Broadwind shareholder, Mr. Anthony Burgarino, who based upon the documentation provided by Mr. Burgarino, currently holds 4000 shares of Broadwind stock and has held Broadwind stock continuously since the wrongdoing.

-2-

5. Attached hereto as Exhibit 1 is a true and correct copy of the Memorandum and Order filed *In re Comverse Technology, Inc., Derivative Litig.* Case No. 06-1849 (E.D.N.Y. Sept. 22, 2006).

6. Attached hereto as Exhibit 2 is a true and correct copy of BTKMC's Firm Resume.

7. Attached hereto as Exhibit 3 is a true and correct copy of The Shuman Law Firm's Firm Resume.

8. Attached hereto as Exhibit 4 is a true and correct copy of Lasky & Rifkind, Ltd's Firm Resume.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 25, 2011, at Radnor, Pennsylvania.

/s/ Robin Winchester
ROBIN WINCHESTER