UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Case No. 11-CV-01059 |
| MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. CAMERON DRECOLL, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Case No. 11-CV-01313 |

| | |
|---|---|
| JEFFREY HOPF, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER C. DUPREY, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Case No. 11-CV-01519 |

## DECLARATION OF KIP B. SHUMAN IN SUPPORT OF JOINT MOTION BY PLAINTIFFS BONNIE MITCHELL AND MICHAEL FRIEDMAN TO CONSOLIDATE RELATED DERIVATIVE ACTIONS AND TO APPOINT CO- LEAD PLAINTIFFS AND LEAD AND LIAISON COUNSEL

I, Kip B. Shuman, declare as follows:

1. I am a partner at The Shuman Law Firm, counsel for proposed Co-Lead Plaintiff Michael Friedman, derivatively on behalf of Nominal Defendants Broadwind Energy.

2. I make this Declaration in support of the Joint Motion By Plaintiffs Bonnie Mitchell and Michael Friedman to Consolidate Related Derivative Actions and to Appoint Co-Lead Plaintiffs and Lead and Liaison Counsel.

3. As of the filing of the Friedman Action, Mr. Friedman owned 300 shares of Broadwind stock.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct and that this Declaration was executed on April 25, 2011, at Upland, California.

/s/ Kip B. Shuman
KIP B. SHUMAN