**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | **Case No. 11-CV-01059** |
| MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> J. CAMERON DRECOLL, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | **Case No. 11-CV-01313** |

| | |
|---|---|
| JEFFREY HOPF, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br>　　　　　　　　Plaintiff, <br><br>　v. <br><br>PETER C. DUPREY, *et al.*, <br><br>　　　　　　　　Defendants, <br><br>and <br><br>BROADWIND ENERGY, INC., <br><br>　　　　　　　　Nominal Defendant. | Case No. 11-CV-01519 |

## NOTICE OF MOTION

**TO:** See Attached Certificate of Service

**PLEASE TAKE NOTICE** that on April 28, 2011 at 9:15 a.m., or as soon thereafter as counsel may be heard, Plaintiffs Bonnie Mitchell and Michael Friedman, by their undersigned counsel, shall appear before the Honorable Robert W. Gettleman, or any Judge sitting in his stead, in the Courtroom usually occupied by him in courtroom 1703 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois 60604 and shall then and there present the *Joint Motion By Plaintiffs Bonnie Mitchell and Michael Friedman to Consolidate Related Derivative Actions and to Appoint Co- Lead Plaintiffs and Lead and Liaison Counsel,* a copy of which is attached and hereby served upon you.

Dated: April 25, 2011　　　　　　　　　　　　LASKY & RIFKIND, LTD.

　　　　　　　　　　　　　　　　　　　　　　/s/ Norman Rifkind
　　　　　　　　　　　　　　　　　　　　　　Leigh Lasky
　　　　　　　　　　　　　　　　　　　　　　Norman Rifkind
　　　　　　　　　　　　　　　　　　　　　　Amelia S. Newton
　　　　　　　　　　　　　　　　　　　　　　Heidi VonderHeide
　　　　　　　　　　　　　　　　　　　　　　350 N. LaSalle

Suite 1320
Chicago, IL 60610
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Proposed Lead Plaintiffs
Bonnie Mitchell and Michael Friedman and
Proposed Liaison Counsel*

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
Eric L. Zagar
Robin Winchester
Ligaya Hernandez
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (267) 948-2512

*Counsel for Proposed Co-Lead Plaintiff
Bonnie Mitchell and Proposed Lead Counsel*

THE SHUMAN LAW FIRM
Kip B. Shuman
Rusty E. Glenn
885 Arapahoe Avenue
Boulder, CO 80303
Tel: (303) 861-3003
Fax: (303) 484-4886
*Counsel for Proposed Co-Lead Plaintiff
Michael Friedman*

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 25th day of April, 2011 copies of Plaintiffs' Notice of Motion, Joint Motion By Plaintiffs Bonnie Mitchell and Michael Friedman to Consolidate Related Derivative Actions and to Appoint Co- Lead Plaintiffs and Lead and Liaison Counsel, and all documents in support thereof, were served by causing a true and correct copy of same to be delivered via e-mail and United States mail to the below-listed counsel:

Gary Stein, Esquire
Michael Cutini, Esquire
SCHULTE ROTH & ZABEL, LLP
919 Third Avenue
New York, NY 10022
gary.stein@srz.com
michael.cutini@srz.com

*Counsel for Tontine Defendants*

/s/ Amelia S. Newton
Amelia S. Newton