**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Bonnie Mitchell
                                 Plaintiff,

v.                                             Case No.: 1:11−cv−01059
                                               Honorable Robert W. Gettleman

DAVID P REILAND, et al.
                                 Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 21, 2011:

      MINUTE entry before Honorable Robert W. Gettleman: Motion [32]to reassign cases 11C1313 and 11C1519 is granted; Motion hearing held on 4/21/2011 regarding motion to reassign cases. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.