# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **11 C 1059** | **DATE** | 4/26/2011 |
| **CASE TITLES** | Mitchell v Reiland | | |

**DOCKET ENTRY TEXT:**

Motion [34] of Robert Winchester for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|