## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **11 C 1059** | **DATE** | 4/27/2011 |
| **CASE TITLES** | Bonnie Mitchell  v  David R. Reiland, et al | | |

**DOCKET ENTRY TEXT:**

This Court's order docket number 54 is amended to read: Motion [34] of ROBIN Winchester for leave to appear pro hac vice is granted.

Motion [53] of Gary Stein for leave to appear pro hac vice is granted.
Motion [55] of Michael G. Cutini for leave to appear pro hac vice is granted.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|