UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Case No. 11 CV 1059 <br><br> Judge Robert W. Gettleman |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Lasky & Rifkind, Ltd., local counsel for plaintiff Bonnie Mitchell, has relocated its offices as follows effective immediately:

| **OLD ADDRESS** | **NEW ADDRESS** |
|---|---|
| LASKY & RIFKIND, LTD. | LASKY & RIFKIND, LTD. |
| 350 N. LaSalle Street, Suite 1320 | 351 W. Hubbard Street, Suite 401 |
| Chicago, IL 60654 | Chicago, IL 60654 |
| Telephone: 312/634-0057 | Telephone: 312/634-0057 |
| Fax: 312/634-0059 | Fax: 312/634/0059 |

Please direct all future notices in this matter to our new address.

DATED: May 6, 2011         By:     /s/ Norman Rifkind

                                                        Leigh R. Lasky
                                                        Norman Rifkind
                                                        Amelia S. Newton
                                                        Heidi VonderHeide
                                                        LASKY & RIFKIND, LTD.
                                                        351 W. Hubbard St., Suite 401
                                                        Chicago, IL 60654
                                                        Telephone: 312/634-0057
                                                        Fax: 312/634-0059