UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., | |
| Plaintiff, | Case No. 11-CV-01059 |
| v. | |
| DAVID P. REILAND, *et al.*, | NOTICE OF FIRM NAME CHANGE |
| Defendants, | |
| and | |
| BROADWIND ENERGY, INC., | |
| Nominal Defendant. | |

**TO: CLERK OF COURT AND ALL PARTIES:**

PLEASE TAKE NOTICE that effective May 15, 2011 the law firm Barroway Topaz Kessler Meltzer & Check, LLP, counsel for Plaintiff Bonnie Mitchell, has changed its name to KESSLER TOPAZ MELTZER & CHECK, LLP.

The addresses, telephone and facsimile numbers will remain the same. Please update your records accordingly.

Dated: May 16, 2011

**LASKY & RIFKIND, LTD.**

_/s/ Norman Rifkind_
Leigh Lasky
Norman Rifkind
Amelia S. Newton
Heidi VonderHeide
351 W. Hubbard, Suite 401
Chicago, IL 60654
Tel: (312) 634-0057
Fax: (312) 634-0059

*Local Counsel for Plaintiff Bonnie Mitchell and Proposed Liaison Counsel*

**KESSLER TOPAZ MELTZER & CHECK, LLP**
Eric L. Zagar
Robin Winchester
Ligaya T. Hernandez
280 King of Prussia Road
Radnor, PA 19087
Tel: (610) 667-7706
Fax: (267) 948-2512

*Counsel for Plaintiff Bonnie Mitchell and Proposed Lead Counsel*