# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| CASE NUMBER | 11 C 1059 | DATE | 7/25/2011 |
| CASE TITLE | Mitchell vs. Reiland | | |

**DOCKET ENTRY TEXT**

At the request of the parties, the status hearing set for 7/27/11 is stricken. The case is re-set for 9/28/11 at 9:00 a.m. *AK*

Docketing to mail notices.
*Copy to judge/magistrate judge.

Courtroom Deputy Initials: