UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JEFFREY HOPF, Derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> PETER C. DUPREY, DAVID P. REILAND, CHARLES H. BEYNON, WILLIAM T. FEJES, JR., TERENCE P. FOX, JAMES M. LINDSTROM, J. CAMERON DRECOLL, TONTINE CAPITAL PARTNERS, L.P., TONTINE CAPITAL OVERSEAS MASTER FUND, L.P., TONTINE PARTNERS, L.P., TONTINE OVERSEAS FUND, LTD., and TONTINE 25 OVERSEAS MASTER FUND, L.P., <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | Case No. 11-cv-1059 <br><br> **NOTICE OF WITHDRAWAL** |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Johnson Bottini, LLP and Keith M. Cochran are no longer counsel of record for Plaintiff Jeffrey Hopf and should be removed from the notifications, pleadings, and correspondence in this matter. Plaintiff's case number prior to consolidation was: 11-cv-1519.

Plaintiff is still represented by Frank Bottini who is now with:

Chapin Fitzgerald Sullivan & Bottini, LLP
550 West C Street, Suite 2000
San Diego, CA 92101

DATED:  August 31, 2011

Respectfully submitted,

JOHNSON & WEAVER, LLP


    *s/ Keith M. Cochran*
    Keith M. Cochran

110 West "A" Street, Suite 750
San Diego, CA 92101
Telephone: (619) 230-0063
Facsimile: (619) 255-1856