**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE MITCHELL, derivatively on behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DAVID P. REILAND; CHARLES H. BEYNON; WILLIAM T. FEJES, JR.; TERENCE P. FOX; JAMES M. LINDSTROM; J. CAMERON DRECOLL; TONTINE CAPITAL PARTNERS, L.P.; TONTINE CAPITAL OVERSEAS MASTER FUND, L.P.; TONTINE PARTNERS, L.P.; TONTINE OVERSEAS FUND, LTD.; and TONTINE 25 OVERSEAS MASTER FUND, L.P., <br><br> Defendants, <br><br> - and - <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 11 C 1059 <br><br> Honorable Robert W. Gettleman |

**NOTICE OF CHANGE OF ATTORNEY FIRM ASSOCIATION**

CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
Edward D. Chapin
Francis A. Bottini, Jr.
Albert Y. Chang
550 West C Street, Suite 2000
San Diego, California 92101

THE LAW OFFICES OF EDWARD T. JOYCE
  & ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603

*Counsel for Plaintiff Jeffrey Hopf*

**PLEASE TAKE NOTICE** that, effective immediately, Counsel for Plaintiff Jeffrey Hopf, Francis A. Bottini, Jr. of Johnson Bottini, LLP has changed his law firm association. Francis A. Bottini, Jr. is no longer associated with Johnson Bottini, LLP, which firm was dissolved effective May 1, 2011.

Mr. Bottini is now associated with **CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP**, located at 550 West "C" Street, Suite 2000, San Diego, CA 92101. The telephone and fax numbers are (619) 241-4810 (telephone) and (619) 955-5318 (fax). Chapin Fitzgerald Sullivan & Bottini LLP is now sole attorney of record for Plaintiff Jeffrey Hopf in the above-entitled action. Please update your service lists accordingly.

Dated: September 1, 2011

Respectfully submitted,

CHAPIN FITZGERALD SULLIVAN & BOTTINI LLP
Edward D. Chapin
Francis A. Bottini, Jr.
Albert Y. Chang

_s/ Francis A. Bottini, Jr._
Francis A. Bottini, Jr.

550 West C Street, Suite 2000
San Diego, California 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

THE LAW OFFICES OF EDWARD T. JOYCE
  & ASSOCIATES, PC
Edward T. Joyce
Rowena T. Parma
135 South La Salle Street, Suite 2200
Chicago, Illinois 60603
Telephone: (312) 641-2600
Facsimile: (312) 641-0360

_Counsel for Plaintiff Jeffrey Hopf_

1