IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC. <br><br> Nominal Defendant. | Case No. 11-CV-01059 <br><br> Honorable Robert W. Gettleman |

## JOINT MOTION FOR EXTENSION OF PAGE LIMITATIONS

Plaintiffs Bonnie Mitchell and Michael Friedman ("Plaintiffs"), Nominal Defendant Broadwind Energy, Inc. ("Broadwind"), and Defendants David P. Reiland, J. Cameron Drecoll, James M. Lindstrom, Charles H. Beynon, William T. Fejes, Jr., Terence P. Fox, Tontine Capital Partners, L.P., Tontine Capital Overseas Master Fund, L.P., Tontine Partners, L.P., Tontine Overseas Fund, Ltd., and Tontine 25 Overseas Master Fund, L.P. (collectively, "Defendants"), hereby move this Court for an order permitting all parties to exceed the page limitations set by Local Rule 7.1 in their briefs in support of and in opposition to Defendants' motions to dismiss. In support of this motion, the parties represent as follows:

1. Plaintiffs Bonnie Mitchell and Michael Friedman filed a Verified Consolidated Shareholder Derivative Complaint in the above-captioned action on July 21, 2011 (the "Complaint"). The Complaint is 34 pages long and contains 88 paragraphs alleging five

causes of actions against Defendants.

   2.  Broadwind intends to file a motion to dismiss the Complaint pursuant to Fed. R. Civ. P. 23.1, challenging whether Plaintiffs have adequately pled that a pre-suit demand upon Broadwind's Board of Directors was excused. Defendants intend to file motions to dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6), each of which will challenge whether Plaintiffs have stated a claim for the substantive causes of action alleged against the respective Defendants in the Complaint.

   3.  Local Rule 7.1 provides that, unless otherwise permitted by this Court, all briefs in support of or in opposition to motions shall be limited to fifteen (15) pages.

   4.  Although the parties have agreed to keep their briefs in support of and in opposition to the motions to dismiss as concise as possible, they also agree that the Complaint and the anticipated motions to dismiss raise a number of issues that cannot be adequately and effectively addressed within the 15-page limitation of Local Rule 7.1, and that it would assist the Court in deciding these issues if the parties were allowed to file briefs of up to 20 pages.

   WHEREFORE, the parties respectfully request that this Court enter an order allowing all parties to exceed the page limits set forth in Local Rule 7.1 and file briefs in support of and in opposition to Defendants' motions to dismiss not to exceed twenty (20) pages each. Pursuant to the Court's Case Management Procedures, a proposed Order is being submitted to the Court via email.

Date:  September 2, 2011       **SIDLEY AUSTIN LLP**

/s/ Meredith Jenkins Laval
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
One South Dearborn Street
Chicago, Illinois 60603
Tel:  (312) 853-7000
*(Counsel for Broadwind Energy, Inc.)*

Date:  September 2, 2011       **KATTEN & TEMPLE, LLP**

/s/ John M. George, Jr.
John M. George, Jr.
Jeffrey R. Tone
542 South Dearborn Street, Suite 1060
Chicago, Illinois 60605
Tel:  (312) 663-4427
*(Counsel for Defendants Reiland, Beynon, Fejes, Fox, and Lindstrom)*

Date:  September 2, 2011       **ADDUCCI, DORF, LEHNER,
   MITCHELL & BLANKENSHIP, P.C.**

/s/ James D. Adducci
James D. Adducci
Marshall L. Blankenship
Paul E. Lehner
150 N. Michigan Avenue, Suite 2130
Chicago, Illinois 60601
Tel:  (312) 781-2807
*(Counsel for Defendant Drecoll)*

| | |
|---|---|
| Date: September 2, 2011 | **LAW OFFICES OF JOHN C. MARTIN** |

/s/ John Conroy Martin
John Conroy Martin
30 North LaSalle Street, #3400
Chicago, Illinois 60602
Tel: (312) 368-9000

Gary Stein
Michael G. Cutini
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel: (212) 756-2441
*(Counsel for Tontine)*

| | |
|---|---|
| Date: September 2, 2011 | **LASKY & RIFKIND, LTD** |

/s/ Norman Rifkind
Leigh Lasky
Norman Rifkind
Amelia S. Newton
Heidi VonderHeide
351 W. Hubbard Street, Suite 401
Chicago, Illinois 60654
Tel: (312) 634-0057
*(Liaison Counsel for Plaintiffs)*

Eric L. Zagar
Robin Winchester
Justin Reliford
**KESSLER TOPAZ
  MELTZER & CHECK, LLP**
280 King Of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
*(Lead Counsel for Plaintiffs)*

Kip B. Shuman
Rusty E. Glenn
**THE SHUMAN LAW FIRM**
885 Arapahoe Avenue
Boulder, Colorado 80302
Tel: (303) 861-3003
*(Counsel for Plaintiffs)*

4

## **CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Nominal Defendant Broadwind Energy, Inc.'s attorneys, hereby certify that on September 2, 2011, service of the foregoing Joint Motion for Extension of Page Limitations was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ Meredith Jenkins Laval**

Meredith Jenkins Laval