## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC. <br><br> Nominal Defendant. | ) <br> ) <br> ) <br> ) Case No. 11-CV-01059 <br> ) <br> ) Honorable Robert W. Gettleman <br> ) |

### NOTICE OF MOTION

     **PLEASE TAKE NOTICE** that on September 8, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the Joint Motion for Extension of Page Limitations, a copy of which has been served on you.

Date: September 2, 2011                                 **SIDLEY AUSTIN LLP**

                                                         /s/ Meredith Jenkins Laval
                                                         James W. Ducayet
                                                         Kristen R. Seeger
                                                         Meredith Jenkins Laval
                                                         One South Dearborn Street
                                                         Chicago, Illinois 60603
                                                         Tel: (312) 853-7000
                                                         *(Counsel for Broadwind Energy, Inc.)*

| | |
|---|---|
| Date: September 2, 2011 | **KATTEN & TEMPLE, LLP**<br><br>/s/ John M. George, Jr.<br>John M. George, Jr.<br>Jeffrey R. Tone<br>542 South Dearborn Street, Suite 1060<br>Chicago, Illinois 60605<br>Tel: (312) 663-4427<br>*(Counsel for Defendants Reiland, Beynon, Fejes, Fox, and Lindstrom)* |
| Date: September 2, 2011 | **ADDUCCI, DORF, LEHNER,<br>  MITCHELL & BLANKENSHIP, P.C.**<br><br>/s/ James D. Adducci<br>James D. Adducci<br>Marshall L. Blankenship<br>Paul E. Lehner<br>150 N. Michigan Avenue, Suite 2130<br>Chicago, Illinois 60601<br>Tel: (312) 781-2807<br>*(Counsel for Defendant Drecoll)* |
| Date: September 2, 2011 | **LAW OFFICES OF JOHN C. MARTIN**<br><br>/s/ John Conroy Martin<br>John Conroy Martin<br>30 North LaSalle Street, #3400<br>Chicago, Illinois 60602<br>Tel: (312) 368-9000<br><br>Gary Stein<br>Michael G. Cutini<br>**SCHULTE ROTH & ZABEL LLP**<br>919 Third Avenue<br>New York, New York 10022<br>Tel: (212) 756-2441<br>*(Counsel for Tontine)* |

Date: September 2, 2011 **LASKY & RIFKIND, LTD**

/s/ Norman Rifkind
Leigh Lasky
Norman Rifkind
Amelia S. Newton
Heidi VonderHeide
351 W. Hubbard Street, Suite 401
Chicago, Illinois 60654
Tel: (312) 634-0057
*(Liaison Counsel for Plaintiffs)*

Eric L. Zagar
Robin Winchester
Justin Reliford
**KESSLER TOPAZ
 MELTZER & CHECK, LLP**
280 King Of Prussia Road
Radnor, Pennsylvania 19087
Tel: (610) 667-7706
*(Lead Counsel for Plaintiffs)*

Kip B. Shuman
Rusty E. Glenn
**THE SHUMAN LAW FIRM**
885 Arapahoe Avenue
Boulder, Colorado 80302
Tel: (303) 861-3003
*(Counsel for Plaintiffs)*

## **CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Nominal Defendant Broadwind Energy, Inc.'s attorneys, hereby certify that on September 2, 2011, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ Meredith Jenkins Laval**
Meredith Jenkins Laval