# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Bonnie Mitchell, et al.

                 Plaintiff,

v.

                                             Case No.: 1:11–cv–01059

David P. Reiland, et al.                                  Honorable Robert W. Gettleman

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 19, 2011:

         MINUTE entry before Honorable Arlander Keys: Pursuant to the telephonic request of counsel and per the agreement of all parties, the status hearing set for 9/28/2011 is reset to 10/21/2011 at 09:00 AM. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.