IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf Of Nominal Defendant BROADWIND ENERGY, INC., ) ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | No. 11-CV-01059 |
| DAVID P. REILAND, *et al.*, ) ) | Honorable Robert W. Gettleman |
| Defendants, ) ) | |
| and ) ) | |
| BROADWIND ENERGY, INC., ) ) | |
| Nominal Defendant. ) | |

## **DEFENDANT J. CAMERON DRECOLL'S MOTION TO DISMISS**

Defendant, J. Cameron Drecoll, by his attorneys and pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves this Honorable Court to dismiss the Verified Consolidated Shareholder Derivative Complaint ("Complaint") filed in this matter. In support of this motion, Drecoll states as follows:

1. Plaintiffs have failed to plead with particularity why demand on the board of directors of nominal defendant, Broadwind Energy, Inc., to bring the claims set forth in the Complaint would have been futile.

2. Each count of the Complaint directed against Drecoll (Counts I, II, III and V) fails to state a claim under Fed. R. Civ. P. 8 and *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007). In addition, Count III fails to state a claim under Fed. R. Civ. P. 9(b).

3.    In further support of this motion, Drecoll submits herewith his memorandum in support of this motion to dismiss.

Wherefore, defendant, J. Cameron Drecoll, moves that the Court to dismiss the Verified Consolidated Shareholder Derivative Complaint.

                                Respectfully submitted,

                                /s/ James D. Adducci
                                One of the attorneys for defendant
                                J. Cameron Drecoll

James D. Adducci
Paul E. Lehner
Marshall L. Blankenship
Adducci, Dorf, Lehner, Mitchell
  & Blankenship, P.C.
150 N. Michigan Avenue, Suite 2130
Chicago, Illinois 60601
(312) 781-2800

## CERTIFICATE OF SERVICE

The undersigned, one of the attorneys for Defendant, J. Cameron Drecoll, certifies that on September 19, 2011, he caused a copy of the foregoing Defendant J. Cameron Drecoll's Motion to Dismiss, to be sent by ECF delivery, to the persons listed below.

Eric L. Zagar
Kristen L. Ross
Ligaya Hernandez
Robin Winchester
**KESSLER TOPAZ MELTZER
& CHECK, LLP**
280 King of Prussia Road
Radnor, PA 19087
Phone: (610) 667-7706
Fax: (267) 948-2512
*Counsel for Bonnie Mitchell*

Leigh R. Lasky
Norman Rifkind
Amelia S. Newton
Heidi VanderHeide
**LASKY & RIFKIND, LTD.**
351 W. Hubbard Street, Suite 401
Chicago, IL 60654
Phone: (312) 634-0057
Fax: (312) 634-0059
*Counsel for Michael Friedman*
*Counsel for Bonnie Mitchell*

Kip B. Shuman
Rusty E. Glenn
**THE SHUMAN LAW FIRM**
885 Arapahoe Avenue
Boulder, CO 80302
Phone: (303) 861-3003
Fax: (303) 484-4886
*Counsel for Michael Friedman*

3

James Wallace Ducayet
Kristen R. Seeger
Brian S. Shull
**SIDLEY AUSTIN LLP**
One South Dearborn Street
Chicago, IL 60603
Phone: (312) 853-7000
*Counsel for Broadwind Energy and Peter C. Duprey*

John M. George, Jr.
Jeffrey R. Tone
**KATTEN & TEMPLE, LLP**
542 S. Dearborn Street, Suite 1060
Chicago, IL 60605
Phone: (312) 663-0800
*Counsel for David P. Reiland*
*Counsel for Charles H. Beynon*
*Counsel for William T. Fejes, Jr.*
*Counsel for Terrence P. Fox*
*Counsel for James M. Lindstrom*

John C. Martin
**LAW OFFICES OF JOHN C. MARTIN, LLC**
30 North LaSalle Street, Suite 3400
Chicago, IL 60602
Phone: (312) 368-9000
*Counsel for Tontine Capital Partners, L.P.*
*Counsel for Tontine Capital Overseas Master Fund, L.P.*
*Counsel for Tontine Partners, L.P.*
*Counsel for Tontine Overseas Fund, Ltd.*
*Counsel for Tontine 25 Overseas Master Fund, L.P.*

Gary Stein
Michael G. Cutini
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, NY 10022
Phone: (212) 756-2441
*Counsel for Tontine Capital Partners, L.P.*
*Counsel for Tontine Capital Overseas Master Fund, L.P.*
*Counsel for Tontine Partners, L.P.*
*Counsel for Tontine Overseas Fund, Ltd.*
*Counsel for Tontine 25 Overseas Master Fund, L.P.*

/s/ James D. Adducci