IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, derivatively on behalf of BROADWIND ENERGY, INC., | ) ) ) ) | |
| Plaintiffs, | ) | Case No. 11-cv-01059 |
| v. | ) ) | Judge Robert W. Gettleman |
| J. CAMERON DRECOLL, *et al.*, | ) ) | |
| Defendants, and | ) ) ) | |
| BROADWIND ENERGY, INC., | ) ) | |
| Nominal Defendant | ) | |

**MOTION TO DISMISS**

Defendants David P. Reiland, James M. Lindstrom, Charles H. Beynon, William T. Fejes, Jr., and Terence P. Fox (collectively "the Outside Directors") hereby move pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure to Dismiss the Verified Consolidated Derivative Complaint on the grounds that, as set forth more fully in the Memorandum of Defendants David P. Reiland, James M. Lindstrom, Charles H. Beynon, William T. Fejes, Jr., and Terence P. Fox in Support of Motion to Dismiss, the claims asserted against the Outside Directors do not state a claim under Fed. R. Civ. P. 8 (Counts I, II, and III), and fail to comply with the pleading requirements of Fed. R. Civ. P. 9(b) (Count III).

                Respectfully submitted,

Dated: September 19, 2011       /s/ Jeffrey R. Tone_____

John M. George, Jr.
Jeffrey R. Tone
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800
jgeorge@kattentemple.com
jtone@kattentemple.com