UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------------------x
BONNIE MITCHELL and MICHAEL : 
FRIEDMAN, Derivatively on Behalf of : 
Nominal Defendant BROADWIND : 
ENERGY, INC., : Case No. 11-CV-01059
 : 
                Plaintiff, : Honorable Robert W. Gettleman
 : 
                v. : 
 : 
DAVID P. REILAND, *et al*., : 
 : 
                Defendants, : 
 : 
   and : 
 : 
BROADWIND ENERGY, INC., : 
 : 
                Nominal Defendant. : 
---------------------------------------------------------x

**TONTINE DEFENDANTS' MOTION TO DISMISS
VERIFIED CONSOLIDATED SHAREHOLDER DERIVATIVE COMPLAINT**

       Defendants Tontine Capital Partners, L.P., Tontine Capital Overseas Master Fund, L.P., Tontine Partners, L.P., Tontine Overseas Fund, Ltd. and Tontine 25 Overseas Master Fund, L.P. (collectively, "Tontine" or the "Tontine Defendants"), through the below attorneys and pursuant to Federal Rule of Civil Procedure 12(b)(6), move to dismiss Counts IV and V of the Verified Consolidated Shareholder Derivative Complaint (Doc. No. 71) (the "Complaint") filed by plaintiffs Bonnie Mitchell and Michael Friedman, and in support thereof state:

       1.     The Tontine Defendants have filed a memorandum of law in support of this Motion, which they incorporate herein.

       2.     Count IV of the Complaint purports to state a claim against the Tontine Defendants for aiding and abetting alleged breaches of fiduciary duty committed by defendants David P. Reiland, Charles H. Beynon, William T. Fejes, Terence P. Fox, J. Cameron Drecoll and

James M. Lindstrom (collectively, the "Individual Defendants") in approving, as members of the Board of Directors of Broadwind Energy, Inc. ("Broadwind" or the "Company"), a January 2010 secondary offering of Broadwind common stock (the "Offering"). Count V of the Complaint purports to state a claim against the Tontine Defendants for unjust enrichment based on their sales of Broadwind shares in the Offering and seeks the disgorgement of proceeds received by the Tontine Defendants from those sales.

3. Count IV of the Complaint fails as a matter of law because Plaintiffs have not pled any basis for overcoming the protections afforded to decisions made by the Broadwind Board under the business judgment rule and have not adequately alleged that the Individual Defendants breached any fiduciary duties by approving the Offering, pursuant to which the Company received nearly $54 million in capital. Nor have Plaintiffs alleged any facts from which to reasonably infer that Tontine knowingly participated in any such breach by the Individual Defendants of their fiduciary duties.

4. Count V of the Complaint fails as a matter of law because there is no relationship between Tontine's sale of stock to third-party market participants and any impoverishment purportedly suffered by the Company and, in any event, Plaintiffs fail to plead any facts supporting their underlying theory that Tontine knew or traded upon any material, non-public information about Broadwind's financial status sufficient to satisfy the particularity standard of Federal Rule of Civil Procedure 9(b) or even the plausibility requirement of Federal Rule of Civil Procedure 8.

**WHEREFORE,** for the reasons set forth above, and in the accompanying memorandum of law, the Tontine Defendants respectfully request that this honorable Court dismiss Counts IV and V of the Complaint as against Tontine in their entirety and with prejudice.

Dated: September 19, 2011    Respectfully submitted,

/S/ Gary Stein

Gary Stein
Michael G. Cutini
David J. Lubitz
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

John C. Martin
LAW OFFICES OF JOHN C. MARTIN, LLC
30 N. LaSalle St., Suite 3400
Chicago, Illinois 60602
(312) 368-9000

*Attorneys for the Tontine Defendants*

## **CERTIFICATE OF SERVICE**

I, Gary Stein, one of the attorneys for the Tontine Defendants, hereby certify that on September 19, 2011, service of the foregoing Motion was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ Gary Stein**

Gary Stein