# EXHIBIT 3

# BROADWIND ENERGY, INC. (BWEN)

47 E. CHICAGO AVENUE
SUITE 332
NAPERVILLE, IL 60540
630-637-0315

## S-1

S-1
**Filed on 10/30/2009**
File Number 333-162790


THOMSON REUTERS

LIVEDGAR® Information Provided by Thomson Reuters Accelus. ©2011. All Rights Reserved.
800.669.1154
www.gsionline.com

Use these links to rapidly review the document
TABLE OF CONTENTS
INDEX TO FINANCIAL STATEMENTS

Table of Contents

As filed with the Securities and Exchange Commission on October 30, 2009

Registration No.

# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM S-1
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# BROADWIND ENERGY, INC.
(Exact name of registrant as specified in its charter)

| Delaware | 3360 | 88-0409160 |
|---|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (Primary Standard Industrial Classification Code Number) | (IRS Employer Identification No.) |

47 East Chicago Avenue, Suite 332
Naperville, IL 60540
(630) 637-0315
(Address, including zip code, and telephone number, including
area code, of registrant's principal executive offices)

J.D. Rubin
Vice President, General Counsel and Secretary
Broadwind Energy, Inc.
47 East Chicago Avenue, Suite 332
Naperville, IL 60540
(630) 637-0315
(Name, address, including zip code, and telephone number, including area code, of agent for service)

Copies to:

| Robert L. Verigan | Michael Kaplan |
|---|---|
| Matthew G. McQueen | Davis Polk & Wardwell LLP |
| Sidley Austin LLP | 450 Lexington Avenue |
| One South Dearborn Street | New York, NY 10017 |
| Chicago, IL 60603 | (212) 450-4000 |
| (312) 853-7000 | |

Approximate date of commencement of proposed sale to the public:
From time to time after the effective date of this Registration Statement.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933 check the following box. ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

| Large accelerated filer ☐ | Accelerated filer ☒ | Non-accelerated filer ☐ (Do not check if a smaller reporting company) | Smaller reporting company ☐ |
|---|---|---|---|

Calculation of Registration Fee

| Title of Securities to be Registered | Amount to be Registered | Proposed Maximum Offering Price Per Share | Proposed Maximum Aggregate Offering Price | Amount of Registration Fee |
|---|---|---|---|---|
| | | | | |

| Common stock, par value $.001 per share | 17,250,000 | $5.76(1) | $99,360,000(1)(2) | $5,544.29(1) |

*(1)* Estimated solely for the purpose of calculating the registration fee pursuant to Rule 457(c) promulgated under the Securities Act of 1933, as amended, based on an average of the high and low reported sales prices of the Registrant's common stock on the Nasdaq Global Select Market on October 28, 2009.

*(2)* Includes offering price of shares of common stock that the underwriters have the option to purchase from the Registrant and the selling stockholders to cover over–allotments, if any.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933, or until the registration statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.**

Table of Contents

The information in this prospectus is not complete and may be changed. We may not sell these securities until the registration statement filed with the Securities and Exchange Commission is effective. This prospectus is not an offer to sell these securities and we are not soliciting offers to buy these securities in any state where the offer or sale is not permitted.

PROSPECTUS *(Subject to Completion)* October 30, 2009

# 15,000,000 Shares



## COMMON STOCK

We are offering 10,000,000 shares of our common stock, $0.001 par value per share. The selling stockholders identified in this prospectus are offering an additional 5,000,000 shares of our common stock, $0.001 par value per share. We will not receive any of the proceeds from the sale of the common stock by the selling stockholders.

Our common stock is listed on the Nasdaq Global Select Market under the symbol "BWEN." On October 29, 2009, the last reported sale price of our common stock was $6.13 per share.

*Investing in our common stock involves substantial risks. See "Risk Factors" beginning on page 10.*

*PRICE $     A SHARE*

|  | Price to Public | Underwriting Discounts and Commissions | Proceeds to Company (before expenses) | Proceeds to Selling Stockholders (before expenses) |
|---|---|---|---|---|
| *Per share* | $ | $ | $ | $ |
| *Total* | $ | $ | $ | $ |

The underwriters have an option to purchase up to a maximum of 2,250,000 additional shares of our common stock from the selling stockholders, at the public offering price, less underwriting discounts and commissions, to cover over-allotments, if any. The underwriter can exercise this right at any time and from time to time, in whole or in part, within 30 days after the date of this prospectus. If the underwriters exercise this option in full, the total underwriting discounts and commissions will be $    , the total proceeds, before expenses, to the selling stockholders will be $    .

The underwriters are offering the common stock as set forth under "Underwriting."

**The Securities and Exchange Commission and state securities regulators have not approved or disapproved these securities, or determined if this prospectus is truthful or complete. Any representation to the contrary is a criminal offense.**

The underwriters expect to deliver the shares of common stock to purchasers on or about            , 2009.

## MACQUARIE CAPITAL
, 2009