**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., | )<br>)<br>)<br>) |
| Plaintiffs, | ) Case No. 11-CV-01059<br>)<br>) Judge Robert W. Gettleman<br>) |
| v. | ) Magistrate Judge Arlander Keys<br>) |
| DAVID P. REILAND, *et al.*, | )<br>) |
| Defendants, | )<br>) |
| and | )<br>) |
| BROADWIND ENERGY, INC. | )<br>) |
| Nominal Defendant. | ) |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on October 21, 2011, at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Arlander Keys, or any judge sitting in his stead, in Courtroom 1025 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Broadwind's Motion to Stay Discovery, a copy of which has been served on you.

Date: October 18, 2011

/s/ James W. Ducayet
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
Sidley Austin LLP
One South Dearborn Street
Chicago, Illinois 60603
Tel: (312) 853-7000

*Counsel for Broadwind Energy, Inc.*

## **CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Nominal Defendant Broadwind Energy, Inc.'s attorneys, hereby certify that on October 18, 2011, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Meredith Jenkins Laval
Meredith Jenkins Laval