UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Bonnie Mitchell, et al.
                        Plaintiff,

v.                                        Case No.: 1:11−cv−01059
                                           Honorable Robert W. Gettleman

David P. Reiland, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, October 21, 2011:

      MINUTE entry before Honorable Arlander Keys: Motion hearing held on Broadwind requests that this Court enter an Order granting its motion to stay discovery pending a ruling on its motion to dismiss. The motion to stay all discovery is denied for the reason stated on the record [91]. Limited discovery to proceed. 26( (a)(1) disclosures are to be made by all the parties. Status hearing set for 1/18/2012 at 9:00 a.m. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.