IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, derivatively on behalf of BROADWIND ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> J. CAMERON DRECOLL, *et al.*, <br><br> Defendants, <br> and <br><br> BROADWIND ENERGY, INC., <br><br> Nominal Defendant | Case No. 11-cv-01059 <br><br> Judge Robert W. Getleman |

## CERTIFICATE OF SERVICE

I, Jeffrey R. Tone, an attorney, hereby certify that on **December 9, 2011**, service of the **Reply Memorandum of Defendants David P. Reiland, James M. Lindstrom, Charles H. Beynon, William T. Fejes, Jr. and Terence P. Fox in Support of Motion to Dismiss Consolidated Derivative Complaint** was accomplished pursuant to ECF as to Filing Users and in complaint with L.R. 5.5. as to any party who is not a Filing User or represented by a Filing User:

/s/ Jeffrey R. Tone
Jeffrey R. Tone

John M. George, Jr.
Jeffrey R. Tone
Katten & Temple LLP
542 S. Dearborn, Suite 1060
Chicago, IL 60605
(312) 663-0800