# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Bonnie Mitchell, et al.
                      Plaintiff,

v.                                    Case No.: 1:11−cv−01059
                                            Honorable Robert W. Gettleman

David P. Reiland, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 13, 2012:

      MINUTE entry before Honorable Arlander Keys: Pursuant to the telephonic request of the parties, the status hearing set for 1/18/2012 is stricken. Status hearing reset to 2/22/2012 at 09:00 AM. Mailed notice(ac, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.