# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., | )<br>)<br>)<br>) Case No. 11-CV-01059 |
| Plaintiffs, | ) Honorable Robert W. Gettleman |
| v. | ) |
| DAVID P. REILAND, *et al.*, | ) |
| Defendants, | ) |
| and | ) |
| BROADWIND ENERGY, INC. | ) |
| Nominal Defendant. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on May 3, 2012, at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert W. Gettleman, or any judge sitting in his stead, in Courtroom 1703 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present Broadwind's Motion for Leave to File Supplemental Authority, a copy of which has been served on you.

Dated: April 25, 2012

Respectfully submitted,

**/s/ James W. Ducayet**
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Broadwind Energy, Inc.*

**CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Nominal Defendant Broadwind Energy, Inc.'s attorneys, hereby certify that on April 25, 2012, service of the foregoing Notice of Motion was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ Meredith Jenkins Laval**
Meredith Jenkins Laval