Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | **11 C 1059** | **DATE** | 5/9/2012 |
| **CASE TITLES** | Bonnie Mitchell, et al    v    David P. Reiland, et al | | |

**DOCKET ENTRY TEXT:**

Motion [95] of Justin O. Reliford  for leave to appear pro hac vice is granted.


  [Docketing to mail  notice]


00:00

| | Courtroom Deputy | GDS |
|---|---|---|