# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| BONNIE MITCHELL and MICHAEL FRIEDMAN, Derivatively on Behalf of Nominal Defendant BROADWIND ENERGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAVID P. REILAND, *et al.*, <br><br> Defendants, <br><br> and <br><br> BROADWIND ENERGY, INC. <br><br> Nominal Defendant. | ) ) ) ) Case No. 11-CV-01059 ) ) Honorable Robert W. Gettleman ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **NOTICE OF SUPPLEMENTAL AUTHORITY**

Pursuant to the Court's minute entry of May 9, 2012, Defendant Broadwind Energy, Inc. respectfully submits the attached Memorandum Opinion and Order entered by Judge Zagel in *Brasher v. Broadwind Energy, Inc.*, 11-cv-00991 (N.D. Ill.) as supplemental authority in support of its Motion to Dismiss filed on September 19, 2011 (Dkt. 85).

Dated: May 11, 2012

Respectfully submitted,

**/s/ James W. Ducayet**
James W. Ducayet
Kristen R. Seeger
Meredith Jenkins Laval
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-7000

*Attorneys for Broadwind Energy, Inc.*

## **CERTIFICATE OF SERVICE**

I, Meredith Jenkins Laval, one of Nominal Defendant Broadwind Energy, Inc.'s attorneys, hereby certify that on May 11, 2012, service of the foregoing Notice of Supplemental Authority was accomplished pursuant to ECF as to Filing Users and in compliance with L.R. 5.5 as to any party who is not a Filing User or represented by a Filing User.

**/s/ Meredith Jenkins Laval**

Meredith Jenkins Laval